Form cxdsch7

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

In Re:

Demetrios T Booras

11111 S. 84th Street
Palos Hills, IL 60465
SSN: xxx–xx–3164 EIN: N.A.

Case No. : 18–32648

Chapter : 7

Judge : A. Benjamin Goldgar

## NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: February 20, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court